UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WILMA MENA obo CM,

                      **Plaintiff,**

        **-against-**

**COMMISSIONER OF SOCIAL SECURITY,**

                      **Defendant.**
-----------------------------------------------------------------X

**19-CV-06810 (LTS)(SN)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/2020

**SARAH NETBURN, United States Magistrate Judge:**

      The Court's May 5, 2020 Order, ECF No. 16, granted the Commissioner an extension of time until June 1, 2020, to file a cross-motion for judgment on the pleadings. The Commissioner has not filed a motion. By June 22, 2020, the Commissioner shall file the cross-motion for judgment on the pleadings. Plaintiff's reply, if any shall be due by July 13, 2020. If the Commissioner does not file a cross-motion, the Court will deem Plaintiff's motion fully briefed and ready for judicial resolution.

**SO ORDERED.**

                                                           _____
                                                           SARAH NETBURN
                                                           United States Magistrate Judge

DATED:       June 16, 2020
                  New York, New York