**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
WILMA MENA , on behalf of her minor child, C.M.,

                       Plaintiff,                       19 **CIVIL** 6810 (SN)

        -against-                       **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                      Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Opinion & Order dated March 31, 2021, Plaintiff's motion is GRANTED, and the Commissioner's motion is DENIED. The matter is REMANDED to the ALJ for proceedings consistent with the Opinion. Given C.M.'s age, and the time that has elapsed since Plaintiff first filed for benefits in 2016, "[f]urther proceedings on remand should be promptly dispatched." Montano v. Barnhart, No. 01-cv-10710 (AKH), 2003 WL 749527, at *6 (S.D.N.Y. Mar. 5, 2003).

**Dated:**  New York, New York
         March 31, 2021

                                                     **RUBY J. KRAJICK**

                                                     **Clerk of Court**
                            **BY:**
                                                   *K. Mango*
                                                   **Deputy Clerk**